## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

RASHEED HARRIS,           :    No. 14 EM 2017

          Petitioner      :

          v.              :

CLERK OF COURT OF PHILADELPHIA    :
COUNTY,                     :

          Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.